| U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS<br>ATTORNEY APPEARANCE FORM |||
|---|---|---|
| NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.<br>                                                                                                                          FILED: AUGUST 13, 2008 |||
| In the Matter of<br><br>Williams v. Ryder | Case Number: | 08CV4600<br>JUDGE    ANDERSEN<br>MAGISTRATE   JUDGE SCHENKIER |

| AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: |
|---|
| (In the space below, enter the name of the party or parties being represented) |
| Plaintiff |
| |
| |

| NAME (Type or print) |
|---|
| Catherine Caporusso |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|             s/Catherine Caporusso |
| FIRM |
| Law Office of Catherine Caporusso |
| STREET ADDRESS |
| 220 S. Halsted, Suite 200 |
| CITY/STATE/ZIP |
| Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6228965 | TELEPHONE NUMBER   312 933 0655 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br><br> RETAINED COUNSEL                          APPOINTED COUNSEL |